**[J-44-2026]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 57 MAP 2025 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Superior Court at No. 1297 EDA |
| | : | 2024, entered on March 12, 2025, |
| v. | : | Vacating the Judgment of |
| | : | Sentence of the Bucks County |
| | : | Court of Common Pleas, Criminal |
| MONTE LOWREY, | : | Division, at No. CP-09-CR- |
| | : | 0001289-2023, entered on April |
| Appellee | : | 3, 2024. |
| | : | |
| | : | ARGUED:  May 20, 2026 |

## ORDER

**PER CURIAM**                                    **DECIDED:  June 18, 2026**

AND NOW, this 18th day of June, 2026, the appeal is **DISMISSED** as having been improvidently granted.

Justice Wecht files a concurring statement.